**No. 67734.**—Zenith Novelty Co. et al. *v.* United States, protests 60/30654, etc. (New York).

307

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of vinyl ornaments similar in all material respects to those the subject of Abstract 67011, the claim of the plaintiffs was sustained.